**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10087 |
| Plaintiff - Appellee, | D.C. No. 3:07-CR-00088-LRH |
| v. | |
| CARMEN DE OLIVEIRA INTEGLIA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Larry R. Hicks, District Judge, Presiding

Submitted May 24, 2011[**]

Before:     PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Carmen de Oliveira Integlia appeals from her guilty-plea conviction and 18-month sentence for mail fraud, in violation of 18 U.S.C. § 1341. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Oliveira Integlia's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

counsel of record.  We have provided the appellant with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.